**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In the Matter of: ) | |
| ) | Case No.: 09-01019-jw |
| Glen Wayne Gregg ) | Chapter 13 |
| Barbara Gregg ) | |
| ) | |
| Debtor (s) ) | |
| _____ ) | |

**MOTION FOR EX PARTE ORDER TO DISABLE PUBLIC ACCESS TO FILED DOCUMENTS**
**PURSUANT TO INHERENT AUTHORITY OF COURT**

     **COMES NOW,** the above-named debtor(s), by and through their attorney of record, and respectfully move this Court to immediately order suspension of public access to the following documents filed with this Court in the above case:

1. Proof of Claim **Number 5** filed by Express Money Service on February 24, 2009.

     The above document(s) have violated the privacy regulations and policies of this Court by disclosing debtor(s) full social security number(s), and/or other personal or sensitive information protected by Fed. R. Bankr. P. 9037 (a) located on page two of the proof of claim. It is necessary that the Court take immediate ex parte action to prevent further harm to the debtors and further violation of this Court's publicly announced policy regarding privacy violations in compliance with the E-Government Act of 2002 and the Privacy Policy of the Judicial conference of the United States.

     The Court has the inherent authority to regulate the conduct of the parties that appear before it and to enforce policies and procedures regarding documents that are filed with the Court.

     **WHEREFORE**, the debtors respectfully pray of this Court as follows:

A)    That the Court issue an ex parte order requiring the Clerk of Court to immediately disable public access to the documents mentioned above.

B)    For such other relief as is just and proper.

March 18, 2009                                          /s/ Eric S. Reed
                                                                             Eric Reed
                                                                             The Reed Law Firm
                                                                             SC Bar # 7242
                                                                             500 Taylor Street Ste. 500
                                                                             Columbia, SC 29201

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In the Matter of:        ) | |
| ) | Case No.: 09-01019-jw |
| Glen Wayne Gregg    ) | Chapter 13 |
| Barbara Gregg        ) | |
| ) | |
| Debtor (s)              ) | |
| _____    ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he properly served the forgoing:

**MOTION FOR EX PARTE ORDER TO DISABLE PUBLIC ACCESS TO FILED DOCUMENTS PURSUANT TO INHERENT AUTHORITY OF COURT**

by placing copies of the same in the United States Mail, postage prepaid, addressed as follows:


William K. Stephenson, Jr.
Chapter 13 Trustee (via electronic notice only)

Express Money Services
331 S 5th Street
Hartsville, SC 29550-5701



March 18, 2009                                    /s/ Eric S. Reed
                                                          Eric Reed
                                                          The Reed Law Firm
                                                          SC Bar # 7242
                                                          500 Taylor Street Ste. 500
                                                          Columbia, SC 29201