# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 09-01019-jw

**ORDER DISABLING PUBLIC ACCESS TO FILED DOCUMENTS AND DIRECTING FILING OF A CORRECTED PLEADING**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER |
| | ) |
| Glen Wayne Gregg | ) CASE NO:09-01019-jw |
| Barbara Gregg | ) |
| | ) |
| | ) |
| Debtor(s). | ) |
| | ) |

### ORDER DISABLING PUBLIC ACCESS TO FILED DOCUMENTS AND DIRECTING FILING OF A CORRECTED PLEADING

This matter comes before the Court on the motion of the debtor to disable public access to filed documents not in compliance with Federal Rule of Bankruptcy Procedure 9037. It appears that Express Money Services has filed Proof of Claim Number 5 which contain the debtor's social security number. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 9037(d), it is hereby

**ORDERED** that the Clerk of Court shall disable public access to Proof of Claim number 5 filed by Express Money Service on February 24, 2009. Access to Proof of Claim number 5 may still be provided by the Clerk of Court to Debtor(s), Debtor's (s') attorney, the Trustee, if any, and the United States Trustee upon request.

Express Money Service, by service of a copy of this Order, is directed to amend the Proof of Claim Number 5 filed in this case within twenty (20) days from entry of this Order with any privacy information redacted.