Case 09-01019-jw    Doc 21    Filed 05/12/09    Entered 05/12/09 16:46:08    FILED
Document        Page 1 of 2
at____O'clock &___min___

MAY 1 2 2009

United States Bankruptcy Court
Columbia, South Carolina (25)

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF SOUTH CAROLINA

ENTERED
MAY 1 2 2009
SRP

| | |
|---|---|
| IN RE: | C/A No. 09-01019-JW |
| | Chapter 13 |
| Glen Wayne Gregg and Barbara Gregg, | **ORDER AND RULE TO SHOW** |
| Debtor(s). | **CAUSE** |

This matter comes before the Court upon the Order Disabling Public Access to Filed Documents and Directing Filing of a Corrected Pleading ("Order"), which was entered on April 21, 2009. The Order directed Contract Callers, Inc. ("Contract Callers") to amend its Proof of Claim Number 19 to redact any private information contained therein.[1] The record indicates that Contract Callers has failed to comply with the Order.[2] It is therefore,

**ORDERED that Contract Callers shall appear before this Court on May 28, 2009, at 9:30 a.m.**, at the J. Bratton Davis United States Bankruptcy Court, 1100 Laurel Street, Columbia, South Carolina, to explain its failure to comply with the Order and to show cause, if any, why it should not be held in contempt and/or have sanctions imposed against it pursuant to 11 U.S.C. § 105, as well as this Court's inherent authority to regulate litigants before it and to address improper conduct as recognized by the Fourth Circuit Court of Appeals in In re Weiss, 111 F.3d 1159 (4th Cir. 1997), and this Court in In re Grimsley, C/A No. 04-02072-W, slip op. (Bankr. D.S.C. May 26, 2006), and In re Henderson, C/A No. 05-14925-W, slip op. (Bankr. D.S.C. Oct. 4, 2006).

---

[1] Specifically, Proof of Claim Number 19 filed by Contract Callers contained Debtor's social security number in violation of Fed. R. Bankr. P. 9037(a).

[2] The Court notes that Contract Callers recently violated the Court's Order and Rule to Show Cause, following its failure to amend a proof of claim to redact private information, in In re Richardson, C/A No. 09-00204.

The clerk's office is hereby directed to provide notice to Contract Callers, Debtors'

Counsel, the Chapter 13 Trustee, and the United States Trustee of this Rule to Show Cause.

**AND IT IS SO ORDERED.**

UNITED STATES BANKRUPTCY JUDGE

Columbia, South Carolina
May 12, 2009